FILED ——— ENTERED
LODGED ——— RECEIVED

DEC - 1 2011

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| WILLIAM D. WAGNER, derivatively on behalf of Dendreon Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>MITCHELL H. GOLD, SUSAN B. BAYH, RICHARD B. BREWER, GERARDO CANET, BOGDAN DZIURZYNSKI, PEDRO GRANADILLO, DAVID C. STUMP, DOUGLAS G. WATSON, and DAVID L. URDAL,<br><br>    Defendants,<br><br>  —and—<br><br>DENDREON CORPORATION,<br><br>    Nominal Defendant. | No. C11-1345<br><br>[Proposed] **ORDER BY JUDGE ROBART CONSOLIDATING CASES, APPOINTING LEAD PLAINTIFF, AND APPOINTING LEAD AND LIAISON COUNSEL**<br><br>NOTE ON MOTION CALENDAR:<br>Friday, October 7, 2011 |
| PAULA NICHOLAS, on behalf of nominal defendant Dendreon Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>MITCHELL H. GOLD, GREGORY T. SCHIFFMAN, HANS E. BISHOP, SUSAN B. BAYH, RICHARD B. BREWER, GERARDO CANET, BOGDAN DZIURZYNSKI, PEDRO GRANADILLO, DAVID C. STUMP, DAVID L. URDAL, and DOUGLAS G. WATSON,<br><br>    Defendants, | No. C11-1346 JLR<br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br><br>**11-CV-01345-ORD** |

- 1 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 • Fax: (425) 732-3752

1    —and—

2    DENDREON CORPORATION,

3              Nominal Defendant.

4

5    JARED ROSS, derivatively on behalf of          No. C11-1476
     Dendreon Corporation,
6
               Plaintiff,
7
          v.
8
     MITCHELL H. GOLD, GREGORY T.
9    SCHIFFMAN, HANS E. BISHOP, MARK
10   W. FROHLICH, RICHARD J. RANIERI,
     DAVID L. URDAL, RICHARD B.
11   BREWER, SUSAN B. BAYH, GERARDO
12   CANET, BOGDAN DZIURZYNSKI,
     PEDRO GRANADILLO, DAVID C.
13   STUMP, AND DOUGLAS WATSON,

14             Defendants,

15        —and—

16   DENDREON CORPORATION,

17             Nominal Defendant.

18

19        This matter is before the Court(s) on the motion of plaintiffs William D. Wagner (in C11-

20   1345 JCC) and Paula Nicholas (in C11-1346 JLR) (collectively, the "Wagner Group") to

21   (i) transfer the three above-captioned actions to a single judge; (ii) consolidate the three actions

22   for all purposes; (iii) appoint the Wagner Group as lead plaintiff; (iv) appoint Levi & Korsinsky

23   LLP and Federman & Sherwood as co-lead counsel and Law Offices of Clifford A. Cantor, P.C.

24   as liaison counsel; and (v) enter the proposed orders submitted with their motion.

25        For the reasons given in the Wagner Group's motion, the Court finds and concludes that

26   the motion is well-taken, and therefore hereby **ORDERS** as follows:

27

PLS.' MOT. TO TRANSFER & CONSOLIDATE
Nos. C11-1345 JCC, C11-1346 JLR, C11-1476 JCC     - 2 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA  98074-7033
Tel: (425) 868-7813 • Fax: (425) 732-3752

1      (i)    **Identification of cases**. This order pertains to the following three shareholder
2  derivative cases:

3      *Wagner v. Gold, et al.*,    No. C11-1345 (W.D. Wash.),    filed Aug. 12, 2011
4      *Nicholas v. Gold, et al.*,    No. C11-1346 JLR (W.D. Wash.),    filed Aug. 12, 2011
5      *Ross v. Gold, et al.*,    No. C11-1476 (W.D. Wash.),    filed Sep. 7, 2011
6  and any subsequently filed derivative actions described in Part (viii), below.

7      (ii)    **Consolidation**. These three actions, *Wagner*, *Nicholas*, and *Gold*, and any
8  subsequently filed derivative actions described in Part (viii), below, are consolidated for all
9  purposes, including pretrial proceedings and trial.

10      (iii)    **Caption**. Every pleading filed in this consolidated action, or in any separate
11  action included herein, shall bear the following caption:

| In re DENDREON CORP. DERIVATIVE LITIGATION<br><br>This document relates to:<br>    [ALL] ACTIONS | Master File No. C11-1345 JLR |
|---|---|

17      (iv)    **Master Docket**. The files of the consolidated action shall be maintained in one
18  file under Master File No. C11-1345 JLR.

19      (v)    **Pleadings and Responses**. No response is necessary to the complaints filed in
20  the individual derivative actions prior to consolidation. Lead Plaintiff (see below) in the
21  consolidated action will file a consolidated amended and/or supplemented complaint ("CASC")
22  within 14 days after the date of this order. The CASC will be deemed the operative complaint in
23  the consolidated action; and defendants need respond only to the CASC. Defendants will
24  respond to the CASC within 21 days after the date the CASC is filed.

25      (vi)    **Lead Plaintiff**. The Wagner Group, consisting of plaintiffs William D. Wagner
26  and Paula Nicholas, is appointed as the lead plaintiff in the consolidated action.

PLS.' MOT. TO TRANSFER & CONSOLIDATE    - 3 -
Nos. C11-1345 JCC, C11-1346 JLR, C11-1476 JCC

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 ● Fax: (425) 732-3752

1    (vii)    **Organization of Plaintiffs' Counsel**.  Co-Lead Counsel for plaintiffs for the

2   conduct of these consolidated actions are as follows:

3           LEVI & KORSINSKY LLP
4           Eric M. Andersen
            30 Broad St., 15th Fl.
5           New York, NY 10004
            Tel:  (212) 363-7500
6           Fax:  (212) 363-7171

7           FEDERMAN & SHERWOOD.
8           William B. Federman
            10205 N. Pennsylvania Ave.
9           Oklahoma City, OK 73120
            Tel:  (405) 235-1560
10          Fax:  (405) 239-2112

11       Each of Co-Lead Counsel shall have authority to speak for plaintiffs in this consolidated

12   action in matters regarding pre-trial procedure, trial, and settlement negotiations and shall make

13   all work assignments in such manner as to facilitate the orderly and efficient prosecution of this

14   litigation and to avoid duplicative or unproductive effort.

15       Co-Lead Counsel shall be responsible for coordinating all activities and appearances on

16   behalf of plaintiffs and for the dissemination of notices and orders of this Court in this

17   consolidated action.  No motion, request for discovery, or other pre-trial or trial proceedings

18   shall be initiated or filed by any plaintiffs except through plaintiffs' Co-Lead Counsel or their

19   designee.

20       Each of Co-Lead Counsel also shall be available and responsible for communications to

21   and from this Court in this consolidated action, including distributing orders and other directions

22   from the Court to counsel.

23       Liaison counsel for plaintiffs for the conduct of these consolidated actions is as follows:

24          LAW OFFICES OF CLIFFORD A. CANTOR, P.C.
25          Cliff Cantor
            627 208th Ave. SE
26          Sammamish, WA 98704
            Tel:  (425) 868-7813
27          Fax:  (425) 732-3752

PLS.' MOT. TO TRANSFER & CONSOLIDATE            - 4 -
Nos. C11-1345 JCC, C11-1346 JLR, C11-1476 JCC

1    (viii)   **Newly filed or transferred actions**.  This Order shall apply to each shareholder

2  derivative action arising out of the same or substantially the same transactions or events as these

3  cases, which is subsequently filed in or transferred to this Court.  When a case that properly

4  belongs as part of the *In re Dendreon Corp. Derivative Litigation,* Master File No. C11-1345

5  JLR, is hereafter filed in this District or transferred here from another district, this Court requests

6  the assistance of counsel in calling to the attention of the clerk of the Court the filing or transfer

7  of any case that might properly be consolidated as part of this consolidated action, and counsel

8  are to assist in assuring that counsel in subsequent actions receive notice of this Order.

9    (ix)   **Pro hac vice admission**.  Any lawyer admitted pro hac vice in any of the actions

10  making up this consolidated action are deemed admitted pro hac vice in this consolidated action.

11

12

13    Dated this __1ˢᵗ__ day of __December__, 2011.

14

15    _____

16    THE HONORABLE JAMES L. ROBART
     UNITED STATES DISTRICT JUDGE

17  Presented by:
   Law Offices of Clifford A. Cantor, P.C.
18  s/ Cliff Cantor, WSBA # 17893

19  627 208th Ave. SE
   Sammamish, WA 98074
20  (425) 868-7813

21

22

23                    Certificate of Service

24    I certify that I caused this proposed order to be filed with the Clerk of the Court via
     CM/ECF under each of the three case numbers identified in the captions above, which will cause
25  notification to be sent to all counsel of record.

26                         s/ Cliff Cantor, WSBA # 17893

27

PLS.' MOT. TO TRANSFER & CONSOLIDATE          - 5 -
Nos. C11-1345 JCC, C11-1346 JLR, C11-1476 JCC

LAW OFFICES OF
**CLIFFORD A. CANTOR, P.C.**
627 208th Ave. SE
Sammamish, WA  98074-7033
Tel: (425) 868-7813 ● Fax: (425) 732-3752